No. 223. KIELDSEN v. BARRETT, STATE TREASURER. Jurisdictional statement submitted October 12, 1931. Decided October 26, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. Oliver O. Haga* for appellant. *Messrs. Fred J. Babcock* and *Leon M. Fisk* for appellee.

No. 266. HANSON v. HANSON. Jurisdictional statement submitted October 12, 1931. Decided October 26, 1931. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied. On consideration of the unprinted record submitted in this cause it is ordered that the appeal herein be, and it is hereby, dismissed for the want of a substantial federal question. *Wabash R. Co.* v. *Flannigan,* 192 U. S. 29; *Erie R. Co.* v. *Solomon,* 237 U. S. 427; *C. A. King & Co.* v. *Horton,* 276 U. S. 600; *Bank of Indianola* v. *Miller,* 276 U. S. 605; *Roe* v. *Kansas,* 278 U. S. 191. *Mr. John F. Hanson, pro se. Mr. Frank O. Johnson* for appellee.